In the Matter of the Claim of Brian Woods, Appellant, v New York State Thruway Authority et al., Respondents. Workers' Compensation Board, Respondent.

Submitted August 6, 2012; decided October 25, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.